**ACKERMANN & TILAJEF, P.C.**
Craig J. Ackermann, Esq. (State Bar No. 229832)
  cja@laborgators.com
1180 South Beverly Drive, Suite 610
Los Angeles, California 90035
Telephone: (310) 277-0614
Facsimile: (310) 277-0635

**MICHAEL MALK, ESQ., APC**
Michael Malk, Esq. (State Bar No. 222366)
  mm@malklawfirm.com
1180 South Beverly Drive, Suite 610
Los Angeles, California 90035
Telephone: (310) 203-0016
Facsimile: (310) 499-5210

Attorneys for Plaintiff Richard Nelson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD NELSON, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DOLLAR TREE STORES, INC., and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:11-CV-01334-JAM-CMK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT THE 6/29/2011 HEARING REGARDING MOTION TO DISMISS AND STRIKE**<br><br>DATE: JUNE 29, 2011<br>TIME:  9:30 AM<br>CTRM: 6<br>JUDGE: HON. JOHN A. MENDEZ |

[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR TELEPHONIC HEARING

PDF created with pdfFactory trial version www.pdffactory.com

## **ORDER**

GOOD CAUSE APPEARING THEREFOR, Plaintiff's request for telephonic hearing scheduled for June 29, 2011 at 9:30 AM at the above-entitled Court regarding Motion to Dismiss and Strike is granted.

IT IS SO ORDERED.


DATED:  6/21/2011
_____

/s/ John A. Mendez_____

John A. Mendez
United States District Court Judge

[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR TELEPHONIC HEARING

PDF created with pdfFactory trial version www.pdffactory.com