MAUREEN E. MCCLAIN, Bar No. 062050
MATTHEW P. VANDALL, Bar No. 196962
AIMÉE E. AXELROD, Bar No. 255589
LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
Telephone:   415.433.1940
Facsimile:   415.399.8490
Email:   mmcclain@littler.com
         mvandall@littler.com
         aaxelrod@littler.com

Attorneys for Defendant
DOLLAR TREE STORES, INC.

CRAIG J. ACKERMANN (Bar No. 229832)
DEVIN COYLE (Bar No. 267194)
ACKERMANN & TILAJEF, P.C.
1180 South Beverly Drive, Suite 610
Los Angeles, CA 90035
Telephone: (310) 277-0614
Facsimile: (310) 277-0635
Email:   cja@laborgators.com
         devin@laborgators.com

MICHAEL MALK (Bar No. 222366)
MICHAEL MALK, ESQ., APC
1180 South Beverly Drive, Suite 610
Los Angeles, California 90035
Telephone: (310) 203-0016
Facsimile: (310) 499-5210
Email:   mm@malklawfirm.com

Attorneys for Plaintiff
RICHARD NELSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD NELSON, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DOLLAR TREE STORES, INC. and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No.  2:11-CV-01334-JAM-CMK<br><br>**NOTICE OF CONDITIONAL SETTLEMENT, STIPULATED REQUEST AND ORDER FOR STAY**<br><br>COMPLAINT FILED: April 8, 2011<br>TRIAL DATE:           No date set. |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

NOTICE OF CONDITIONAL SETTLEMENT                                  Case No. 2:11-CV-01334-JAM-CMK

PDF created with pdfFactory trial version www.pdffactory.com

1   Plaintiff Richard Nelson and Defendant Dollar Tree Stores, Inc. (jointly "the Parties") hereby notify the Court that they have reached a settlement, on a settlement class basis, subject to Court approval. The Parties will file a Joint Motion for Preliminary Approval of Class Action Settlement ("Joint Motion") by October 24, 2011. The agreements reached are for settlement purposes only. Defendant continues to deny liability and that the matter is amenable to class treatment. In the interest of efficiencies for the Parties and the Court, counsel for both Parties stipulate and request that all further proceedings in this matter be stayed pending the Court's hearing of such Joint Motion.

Should the settlement not be approved or should there be a failure to meet any other contingency in the Joint Stipulation for Class Action Settlement and Release which the Parties will present to the Court with the Joint Motion, each Party shall be restored to the position he/it holds as of the date of this Stipulation and requested Order. With regard to the one currently pending deadline, Defendant shall have 10 days from the date the settlement is not approved, or otherwise fails, to respond to Plaintiff's First Amended Complaint filed on September 2, 2011, including filing a Motion to Dismiss and/or Strike such pleading.

The Parties note that the Joint Motion will be filed significantly in advance of the dates set relative to the Class Certification Motion in the Court's 7/18/2011 Minute Order (Dkt # 18). (The cut-off date for Plaintiff's class certification motion is 3/30/2012.)

IT IS SO STIPULATED.

I HEREBY ATTEST THAT THE CONTENT OF THIS DOCUMENT IS ACCEPTABLE TO ALL PERSONS REQUIRED TO SIGN IT.

Dated: September 12, 2011                Respectfully submitted,

*/s/ Michael Malk*
CRAIG J. ACKERMANN
DEVIN COYLE
ACKERMANN & TILAJEF, P.C.
MICHAEL MALK
MICHAEL MALK, ESQ., APC
Attorneys for Plaintiff
RICHARD NELSON

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

NOTICE OF CONDITIONAL SETTLEMENT        1.        Case No. 2:11-CV-01334-JAM-CMK

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1  Dated: September 12, 2011 | Respectfully submitted, |
| 2 | |
| 3 | */s/ Maureen E. McClain*<br>MAUREEN E. MCCLAIN<br>MATTHEW P. VANDALL |
| 4 | AIMÉE E. AXELROD<br>LITTLER MENDELSON |
| 5 | A Professional Corporation<br>Attorneys for Defendant |
| 6 | DOLLAR TREE STORES, INC. |

7  **IT IS SO ORDERED.**

8  Dated:   September 14, 2011                /s/ John A. Mendez
                                              HON. JOHN A. MENDEZ

PDF created with pdfFactory trial version www.pdffactory.com