1  CRAIG J. ACKERMANN (Bar No. 229832)
   DEVIN COYLE (Bar No. 267194)
2  ACKERMANN & TILAJEF, P.C.
   1180 South Beverly Drive, Suite 610
3  Los Angeles, CA 90035
   Telephone: (310) 277-0614
4  Facsimile: (310) 277-0635
   Email:        cja@laborgators.com
5                devin@laborgators.com

6  MICHAEL MALK (Bar No. 222366)
   MICHAEL MALK, ESQ., APC
7  1180 South Beverly Drive, Suite 610
   Los Angeles, California 90035
8  Telephone: (310) 203-0016
   Facsimile: (310) 499-5210
9  Email:        mm@malklawfirm.com

10 Attorneys for Plaintiff
   RICHARD NELSON
11
   MAUREEN E. MCCLAIN, Bar No. 062050
12 MATTHEW P. VANDALL, Bar No. 196962
   AIMÉE E. AXELROD, Bar No. 255589
13 LITTLER MENDELSON
   A Professional Corporation
14 650 California Street
   20th Floor
15 San Francisco, CA  94108.2693
   Telephone:    415.433.1940
16 Facsimile:    415.399.8490
   Email:        mmcclain@littler.com
17                mvandall@littler.com
                  aaxelrod@littler.com
18
   Attorneys for Defendant
19 DOLLAR TREE STORES, INC..

20
                    UNITED STATES DISTRICT COURT
21
                    EASTERN DISTRICT OF CALIFORNIA
22

23 RICHARD NELSON, on behalf of himself          Case No.  2:11-CV-01334-JAM-CMK
   and others similarly situated,
24                                                **REQUEST FOR CONTINUANCE OF
                    Plaintiff,                    DATE BY WHICH TO FILE JOINT
25                                                MOTION FOR PRELIMINARY
          v.                                      APPROVAL OF CLASS ACTION
26                                                SETTLEMENT**
   DOLLAR TREE STORES, INC. and
   DOES 1 to 50, inclusive,                       COMPLAINT FILED: April 8, 2011
27                                                TRIAL DATE:       No date set.
                    Defendants.
28

REQUEST FOR CONTINUANCE OF DATE BY WHICH TO FILE JOINT MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

PDF created with pdfFactory trial version www.pdffactory.com

1    Following the Plaintiff Richard Nelson and Defendant Dollar Tree Stores, Inc. (jointly "the

2    Parties") filing their September 12, 2011 Notice of Settlement and Request for Stay, the Parties have

3    been actively preparing the Joint Stipulation for Class Action Settlement ("Settlement Agreement").

4    The Parties anticipate finalizing and signing the Settlement Agreement over the next several days.

5    The Parties respectfully request that this Court order the Joint Motion for Preliminary Approval of

6    Class Action Settlement ("Joint Motion") to be filed by November 4, 2011 (eleven days later than

7    the current October 24, 2011 date for filing the Joint Motion).

8
    It is so stipulated.
9

10    I HEREBY ATTEST THAT THE CONTENT OF THIS DOCUMENT IS ACCEPTABLE TO ALL

11   PERSONS REQUIRED TO SIGN IT.

12
     Dated: October 17, 2011                    Respectfully submitted,
13

14

15                                              _/s/_____
                                                CRAIG J. ACKERMANN
16                                              DEVIN COYLE
                                                ACKERMANN & TILAJEF, P.C.
17                                              MICHAEL MALK
                                                MICHAEL MALK, ESQ., APC
18                                              Attorneys for Plaintiff
                                                RICHARD NELSON
19
     Dated: October 17, 2011                    Respectfully submitted,
20

21

22                                              _/s/_____
                                                MAUREEN E. MCCLAIN
23                                              MATTHEW P. VANDALL
                                                AIMÉE E. AXELROD
24                                              LITTLER MENDELSON
                                                A Professional Corporation
25                                              Attorneys for Defendant
                                                DOLLAR TREE STORES, INC.
26

27

28

NOTICE OF CONDITIONAL SETTLEMENT        1.          Case No. 2:11-CV-01334-JAM-CMK

PDF created with pdfFactory trial version www.pdffactory.com

1

2

**IT IS SO ORDERED.**

3

4

Dated: October 18,  2011

5

6

/s/ John A. Mendez
HON. JOHN A. MENDEZ

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF CONDITIONAL SETTLEMENT          2.                    Case No. 2:11-CV-01334-JAM-CMK

PDF created with pdfFactory trial version www.pdffactory.com